**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-36035 |
| | § | |
| SANDRA L ALVARADO | § | |
| | § | |
| | § | |
| Debtor | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter <u>7</u> of the United States Bankruptcy Code was filed on <u>11/11/2016</u>. The undersigned trustee was appointed on <u>11/11/2016</u>.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                                 $10,386.50

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $59.46 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $10,327.04 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/12/2017 and the deadline for filing government claims was 06/12/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,788.65. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,788.65, for a total compensation of $1,788.65[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $38.70, for total expenses of $38.70.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/04/2017                    By:    /s/ David P. Leibowitz
                                                   Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1  Exhibit A

| Case No.: | 16-36035 | Trustee Name: | David Leibowitz |
| Case Name: | ALVARADO, SANDRA L | Date Filed (f) or Converted (c): | 11/11/2016 (f) |
| For the Period Ending: | 12/4/2017 | §341(a) Meeting Date: | 12/08/2016 |
|  |  | Claims Bar Date: | 06/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Single Family Home 11006 Windsor Dr Westchester, IL 60154 | $223,100.00 | $0.00 | | $0.00 | FA |
| 2  2014 Subaru Outback | $19,000.00 | $0.00 | | $0.00 | FA |
| 3  2011 Mitsubishi Endeavor | $7,000.00 | $0.00 | | $0.00 | FA |
| 4  Normal and necessary household goods | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Necessary and normal wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6  Checking account @ Chase Bank | $1,000.00 | $1,000.00 | | $814.15 | FA |
| **Asset Notes:** Agreed to settle using Debtor's pro-rated portion of tax refund (order approving settlement entered on 08/16/2017 at dkt #40). | | | | | |
| 7  Saving Account @ Chase Bank | $200.00 | $200.00 | | $163.22 | FA |
| **Asset Notes:** Agreed to settle using Debtor's pro-rated portion of tax refund (order approving settlement entered on 08/16/2017 at dkt #40). | | | | | |
| 8  Term life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 9  IL Unclaimed Funds (6398682) (u) | $0.00 | $517.09 | | $517.09 | FA |
| **Asset Notes:** Claim #6398682 Submitted 12/21/16 | | | | | |
| 10  Fraudulent Transfer - Payments on Debtor's mother's car (u) | $0.00 | $2,888.22 | | $2,888.22 | FA |
| **Asset Notes:** Settlement payments made in 10 installments; order entered on 4/5/2017 at dkt #31. | | | | | |
| 11  2016 Federal Tax Refund (u) | $0.00 | $6,003.82 | | $6,003.82 | FA |
| **Asset Notes:** Debtor's pro-rated portion: $977.37; Debtor agreed to waive claim to her pro-rated portion so that funds could be applied in settlement of Trustee's claim to non-exempt funds in her bank accounts as of petition. (See order entered 08/16/2017 at dkt#40.) | | | | | |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$252,300.00    $10,609.13    $10,386.50    $0.00

Initial Projected Date Of Final Report (TFR): 09/30/2017   Current Projected Date Of Final Report (TFR): 12/29/2017   /s/ DAVID LEIBOWITZ
                                                                                                                       DAVID LEIBOWITZ

FORM 2

Page No: 1    Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 16-36035 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4354 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (1 of 10) | 1241-000 | $300.00 | | $300.00 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $299.74 |
| 04/03/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (2 of 10) | 1241-000 | $300.00 | | $599.74 |
| 04/17/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (3 of 10) | 1241-000 | $300.00 | | $899.74 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.06 | $898.68 |
| 05/02/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (4 of 10) | 1241-000 | $300.00 | | $1,198.68 |
| 05/15/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (5 of 10) | 1241-000 | $300.00 | | $1,498.68 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.13 | $1,496.55 |
| 06/01/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (6 of 10) | 1241-000 | $300.00 | | $1,796.55 |
| 06/13/2017 | | US Treasury | 2016 Federal Tax Refund | * | $6,981.19 | | $8,777.74 |
| | {11} | | Estate Portion - 2016 Federal Tax Refund  $6,003.82 | 1224-000 | | | $8,777.74 |
| | {6} | | Debtor's Pro-Rated Portion - To be used to settle for non-exempt funds in bank accounts  $814.15 | 1129-000 | | | $8,777.74 |
| | {7} | | Debtor's Pro-Rated Portion - To be used to settle for non-exempt funds in bank accounts  $163.22 | 1129-000 | | | $8,777.74 |
| 06/14/2017 | 3001 | SANDRA ALVARADO | VOID - Debtor's Pro-Rated Portion - 2016 Tax Refund | 8500-003 | | $977.37 | $7,800.37 |
| 06/20/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (7 of 10) | 1241-000 | $300.00 | | $8,100.37 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.08 | $8,090.29 |
| 07/05/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (8 of 10) | 1241-000 | $300.00 | | $8,390.29 |
| 07/20/2017 | 3001 | VOID: SANDRA ALVARADO | VOID - Debtor to settle with Trustee for non-exempt funds in bank account. | 8500-003 | | ($977.37) | $9,367.66 |
| 07/25/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (9 of 10) | 1241-000 | $300.00 | | $9,667.66 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.20 | $9,653.46 |
| 08/01/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (10 of 10) | 1241-000 | $188.22 | | $9,841.68 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.88 | $9,825.80 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,809.95 |
| 10/19/2017 | (9) | State of Illinois - Comptroller | IL Unclaimed Funds | 1229-000 | $517.09 | | $10,327.04 |
| | | | **SUBTOTALS** | | $10,386.50 | $59.46 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2  Exhibit B

| Case No.: | 16-36035 | Trustee Name: | David Leibowitz |
| --- | --- | --- | --- |
| Case Name: | ALVARADO, SANDRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4354 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/4/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | TOTALS: | | $10,386.50 | $59.46 | $10,327.04 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $10,386.50 | $59.46 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $10,386.50 | $59.46 | |

**For the period of 11/11/2016 to 12/4/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $10,386.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/16/2017 to 12/4/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $10,386.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
Page No: 3   Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No. | 16-36035 | |
| Case Name: | ALVARADO, SANDRA L | |
| Primary Taxpayer ID #: | **-***4354 | |
| Co-Debtor Taxpayer ID #: | | |
| For Period Beginning: | 11/11/2016 | |
| For Period Ending: | 12/4/2017 | |

| | | |
|---|---|---|
| Trustee Name: | David Leibowitz | |
| Bank Name: | Green Bank | |
| Checking Acct #: | ******3501 | |
| Account Title: | | |
| Blanket bond (per case limit): | $5,000,000.00 | |
| Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $10,386.50 | $59.46 | $10,327.04 |

**For the period of 11/11/2016 to 12/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,386.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/11/2016 to 12/4/2017**

| | |
|---|---|
| Total Compensable Receipts: | $10,386.50 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $59.46 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $59.46 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**CLAIM ANALYSIS REPORT**  Page No: 1

Exhibit C

| Case No. | 16-36035 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | | | | | | | | Date: 12/4/2017 |
| Claims Bar Date: | 06/12/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Compensation | Allowed | 2100-000 | $1,788.65 | $0.00 | $0.00 | $0.00 | $1,788.65 |
| | DAVID P. LEIBOWITZ  53 West Jackson Boulevard, Suite 1610 Chicago IL 60604 | Trustee Expenses | Allowed | 2200-000 | $38.70 | $0.00 | $0.00 | $0.00 | $38.70 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $15.38 | $0.00 | $0.00 | $0.00 | $15.38 |
| | LAKELAW  53 West Jackson Boulevard Suite 1610 Chicago IL 60604 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,825.00 | $0.00 | $0.00 | $0.00 | $1,825.00 |
| 1 | CAPITAL ONE AUTO FINANCE,  a division of Capital One N.A. P.O. Box 165028 Irving TX 75016 | Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | Allowed | 4210-000 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | Objection to Claim 1 sustained, per order entered July 19, 2017 at dkt #38; claim valued at $0. | | | | | | | | |
| 2 | MIDLAND FUNDING, LLC  Midland Credit Management, Inc. as agent for Midland Funding, LLC PO Box 2011 Warren MI 48090 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $318.10 | $0.00 | $0.00 | $0.00 | $318.10 |

| Case No. | 16-36035 | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | | | | | | | | Date: 12/4/2017 |
| Claims Bar Date: | 06/12/2017 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 3 | PNC BANK, N.A.<br><br>PO BOX 94982<br>Cleveland OH 44101-0570 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,504.43 | $0.00 | $0.00 | $0.00 | $1,504.43 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br><br>Successor to SYNCHRONY BANK (TJX)<br>POB 41067<br>Norfolk VA 23541 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $397.47 | $0.00 | $0.00 | $0.00 | $397.47 |
| 5 | PNC BANK N.A.<br><br>PO BOX 94982<br>CLEVELAND OH 44101 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $103,252.32 | $0.00 | $0.00 | $0.00 | $103,252.32 |
| | | | | | $109,140.05 | $0.00 | $0.00 | $0.00 | $109,140.05 |

# CLAIM ANALYSIS REPORT

Page No: 3
Exhibit C

| | | |
|---|---|---|
| **Case No.** | 16-36035 | **Trustee Name:** David Leibowitz |
| **Case Name:** | ALVARADO, SANDRA L | **Date:** 12/4/2017 |
| **Claims Bar Date:** | 06/12/2017 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $15.38 | $15.38 | $0.00 | $0.00 | $0.00 | $15.38 |
| Attorney for Trustee Fees (Trustee Firm) | $1,825.00 | $1,825.00 | $0.00 | $0.00 | $0.00 | $1,825.00 |
| Payments to Unsecured Credit Card Holders | $2,220.00 | $2,220.00 | $0.00 | $0.00 | $0.00 | $2,220.00 |
| Pers. Prop. and Intangibles--Consensual Liens (UCC, chattel, PMSI) | $20,125.72 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Tardy General Unsecured § 726(a)(3) | $103,252.32 | $103,252.32 | $0.00 | $0.00 | $0.00 | $103,252.32 |
| Trustee Compensation | $1,788.65 | $1,788.65 | $0.00 | $0.00 | $0.00 | $1,788.65 |
| Trustee Expenses | $38.70 | $38.70 | $0.00 | $0.00 | $0.00 | $38.70 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 16-36035
Case Name: SANDRA L ALVARADO
Trustee Name: David P. Leibowitz

Balance on hand: $10,327.04

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, | $20,125.72 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $10,327.04

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $1,788.65 | $0.00 | $1,788.65 |
| David P. Leibowitz, Trustee Expenses | $38.70 | $0.00 | $38.70 |
| Lakelaw, Attorney for Trustee Fees | $1,825.00 | $0.00 | $1,825.00 |
| Lakelaw, Attorney for Trustee Expenses | $15.38 | $0.00 | $15.38 |

Total to be paid for chapter 7 administrative expenses: $3,667.73
Remaining balance: $6,659.31

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $6,659.31

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $6,659.31 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,220.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 2 | Midland Funding, LLC | $318.10 | $0.00 | $318.10 |
| 3 | PNC Bank, N.A. | $1,504.43 | $0.00 | $1,504.43 |
| 4 | Portfolio Recovery Associates, LLC | $397.47 | $0.00 | $397.47 |

|  | Total to be paid to timely general unsecured claims: | $2,220.00 |
|---|---|---|
|  | Remaining balance: | $4,439.31 |

Tardily filed claims of general (unsecured) creditors totaling $103,252.32 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 4.3 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 5 | PNC BANK N.A. | $103,252.32 | $0.00 | $4,439.31 |

|  | Total to be paid to tardily filed general unsecured claims: | $4,439.31 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-TFR (5/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**