**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 16-36035 |
| | § | |
| SANDRA L ALVARADO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $249,100.00 | Assets Exempt: | $2,000.00 |
| Total Distributions to Claimants: | $6,659.31 | Claims Discharged Without Payment: | $209,391.01 |
| Total Expenses of Administration: | $3,727.19 | | |

3) Total gross receipts of $10,386.50 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $10,386.50 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $390,009.05 | $20,125.72 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,727.19 | $3,727.19 | $3,727.19 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $112,790.00 | $105,472.32 | $105,472.32 | $6,659.31 |
| **Total Disbursements** | $502,799.05 | $129,325.23 | $109,199.51 | $10,386.50 |

4). This case was originally filed under chapter 7 on 11/11/2016. The case was pending for 15 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/08/2018         By:   /s/ David P. Leibowitz
                                Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Checking account @ Chase Bank | 1129-000 | $814.15 |
| Saving Account @ Chase Bank | 1129-000 | $163.22 |
| 2016 Federal Tax Refund | 1224-000 | $6,003.82 |
| IL Unclaimed Funds (6398682) | 1229-000 | $517.09 |
| Fraudulent Transfer - Payments on Debtor's mother's car | 1241-000 | $2,888.22 |
| **TOTAL GROSS RECEIPTS** | | $10,386.50 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Auto Finance, | 4210-000 | $26,896.00 | $20,125.72 | $0.00 | $0.00 |
| | Ally | 4110-000 | $7,840.00 | $0.00 | $0.00 | $0.00 |
| | Anselmo Lindberg Oliver LLC | 4110-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo | 4110-000 | $355,273.05 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $390,009.05 | $20,125.72 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,788.65 | $1,788.65 | $1,788.65 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $38.70 | $38.70 | $38.70 |
| Green Bank | 2600-000 | NA | $59.46 | $59.46 | $59.46 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,825.00 | $1,825.00 | $1,825.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $15.38 | $15.38 | $15.38 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,727.19 | $3,727.19 | $3,727.19 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Midland Funding, LLC | 7100-900 | $607.00 | $318.10 | $318.10 | $318.10 |
| 3 | PNC Bank, N.A. | 7100-900 | $1,605.00 | $1,504.43 | $1,504.43 | $1,504.43 |
| 4 | Portfolio Recovery Associates, LLC | 7100-900 | $0.00 | $397.47 | $397.47 | $397.47 |
| 5 | PNC BANK N.A. | 7200-000 | $0.00 | $103,252.32 | $103,252.32 | $4,439.31 |
|   | BANK OF AMERICA | 7100-000 | $5,692.00 | $0.00 | $0.00 | $0.00 |
|   | HH GREG | 7100-000 | $1,397.00 | $0.00 | $0.00 | $0.00 |
|   | Kohls | 7100-000 | $237.00 | $0.00 | $0.00 | $0.00 |
|   | PNC Bank | 7100-000 | $103,252.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $112,790.00 | $105,472.32 | $105,472.32 | $6,659.31 |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1   Exhibit 8

| Case No.: | 16-36035 | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | | Date Filed (f) or Converted (c): | 11/11/2016 (f) |
| For the Period Ending: | 2/8/2018 | | §341(a) Meeting Date: | 12/08/2016 |
| | | | Claims Bar Date: | 06/12/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Single Family Home 11006 Windsor Dr Westchester, IL 60154 | $223,100.00 | $0.00 | | $0.00 | FA |
| 2  2014 Subaru Outback | $19,000.00 | $0.00 | | $0.00 | FA |
| 3  2011 Mitsubishi Endeavor | $7,000.00 | $0.00 | | $0.00 | FA |
| 4  Normal and necessary household goods | $1,500.00 | $0.00 | | $0.00 | FA |
| 5  Necessary and normal wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 6  Checking account @ Chase Bank | $1,000.00 | $1,000.00 | | $814.15 | FA |
| **Asset Notes:** Agreed to settle using Debtor's pro-rated portion of tax refund (order approving settlement entered on 08/16/2017 at dkt #40). | | | | | |
| 7  Saving Account @ Chase Bank | $200.00 | $200.00 | | $163.22 | FA |
| **Asset Notes:** Agreed to settle using Debtor's pro-rated portion of tax refund (order approving settlement entered on 08/16/2017 at dkt #40). | | | | | |
| 8  Term life insurance | $0.00 | $0.00 | | $0.00 | FA |
| 9  IL Unclaimed Funds (6398682) (u) | $0.00 | $517.09 | | $517.09 | FA |
| **Asset Notes:** Claim #6398682 Submitted 12/21/16 | | | | | |
| 10  Fraudulent Transfer - Payments on Debtor's mother's car (u) | $0.00 | $2,888.22 | | $2,888.22 | FA |
| **Asset Notes:** Settlement payments made in 10 installments; order entered on 4/5/2017 at dkt #31. | | | | | |
| 11  2016 Federal Tax Refund (u) | $0.00 | $6,003.82 | | $6,003.82 | FA |
| **Asset Notes:** Debtor's pro-rated portion: $977.37; Debtor agreed to waive claim to her pro-rated portion so that funds could be applied in settlement of Trustee's claim to non-exempt funds in her bank accounts as of petition. (See order entered 08/16/2017 at dkt#40.) | | | | | |
| **TOTALS (Excluding unknown value)** | $252,300.00 | $10,609.13 | | $10,386.50 | **Gross Value of Remaining Assets** $0.00 |

Initial Projected Date Of Final Report (TFR):  09/30/2017    Current Projected Date Of Final Report (TFR):  12/29/2017    /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36035 | | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4354 | | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | |
| For Period Beginning: | 11/11/2016 | | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/16/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (1 of 10) | 1241-000 | $300.00 | | $300.00 |
| 03/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $0.26 | $299.74 |
| 04/03/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (2 of 10) | 1241-000 | $300.00 | | $599.74 |
| 04/17/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (3 of 10) | 1241-000 | $300.00 | | $899.74 |
| 04/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $1.06 | $898.68 |
| 05/02/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (4 of 10) | 1241-000 | $300.00 | | $1,198.68 |
| 05/15/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (5 of 10) | 1241-000 | $300.00 | | $1,498.68 |
| 05/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $2.13 | $1,496.55 |
| 06/01/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (6 of 10) | 1241-000 | $300.00 | | $1,796.55 |
| 06/13/2017 | | US Treasury | 2016 Federal Tax Refund | * | $6,981.19 | | $8,777.74 |
| | {11} | | Estate Portion - 2016 Federal Tax Refund   $6,003.82 | 1224-000 | | | $8,777.74 |
| | {6} | | Debtor's Pro-Rated Portion - To be used   $814.15 to settle for non-exempt funds in bank accounts | 1129-000 | | | $8,777.74 |
| | {7} | | Debtor's Pro-Rated Portion - To be used   $163.22 to settle for non-exempt funds in bank accounts | 1129-000 | | | $8,777.74 |
| 06/14/2017 | 3001 | SANDRA ALVARADO | VOID - Debtor's Pro-Rated Portion - 2016 Tax Refund | 8500-003 | | $977.37 | $7,800.37 |
| 06/20/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (7 of 10) | 1241-000 | $300.00 | | $8,100.37 |
| 06/30/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $10.08 | $8,090.29 |
| 07/05/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (8 of 10) | 1241-000 | $300.00 | | $8,390.29 |
| 07/20/2017 | 3001 | VOID: SANDRA ALVARADO | VOID - Debtor to settle with Trustee for non-exempt funds in bank account. | 8500-003 | | ($977.37) | $9,367.66 |
| 07/25/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (9 of 10) | 1241-000 | $300.00 | | $9,667.66 |
| 07/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $14.20 | $9,653.46 |
| 08/01/2017 | (10) | ALVARADO, SANDRA L | Settlement - Payments on mother's car (10 of 10) | 1241-000 | $188.22 | | $9,841.68 |
| 08/31/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.88 | $9,825.80 |
| 09/29/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $15.85 | $9,809.95 |
| 10/19/2017 | (9) | State of Illinois - Comptroller | IL Unclaimed Funds | 1229-000 | $517.09 | | $10,327.04 |
| | | | **SUBTOTALS** | | $10,386.50 | $59.46 | |

**FORM 2** Page No: 2 Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 16-36035 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4354 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: |  | Account Title: |  |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/09/2018 | 3002 | David P. Leibowitz | Trustee Compensation | 2100-000 |  | $1,788.65 | $8,538.39 |
| 01/09/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 |  | $38.70 | $8,499.69 |
| 01/09/2018 | 3004 | Lakelaw | Claim #: ; Amount Claimed: $1,825.00; Distribution Dividend: 100.00%; | 3110-000 |  | $1,825.00 | $6,674.69 |
| 01/09/2018 | 3005 | Lakelaw | Claim #: ; Amount Claimed: $15.38; Distribution Dividend: 100.00%; | 3120-000 |  | $15.38 | $6,659.31 |
| 01/09/2018 | 3006 | Midland Funding, LLC | Claim #: 2; Amount Claimed: $318.10; Distribution Dividend: 100.00%; | 7100-900 |  | $318.10 | $6,341.21 |
| 01/09/2018 | 3007 | PNC Bank, N.A. | Claim #: 3; Amount Claimed: $1,504.43; Distribution Dividend: 100.00%; | 7100-900 |  | $1,504.43 | $4,836.78 |
| 01/09/2018 | 3008 | Portfolio Recovery Associates, LLC | Claim #: 4; Amount Claimed: $397.47; Distribution Dividend: 100.00%; | 7100-900 |  | $397.47 | $4,439.31 |
| 01/09/2018 | 3009 | PNC BANK N.A. | Claim #: 5; Amount Claimed: $103,252.32; Distribution Dividend: 4.30%; | 7200-000 |  | $4,439.31 | $0.00 |
|  |  |  | **TOTALS:** |  | $10,386.50 | $10,386.50 | $0.00 |
|  |  |  | **Less: Bank transfers/CDs** |  | $0.00 | $0.00 |  |
|  |  |  | **Subtotal** |  | $10,386.50 | $10,386.50 |  |
|  |  |  | **Less: Payments to debtors** |  | $0.00 | $0.00 |  |
|  |  |  | **Net** |  | $10,386.50 | $10,386.50 |  |

| For the period of 11/11/2016 to 2/8/2018 | | For the entire history of the account between 03/16/2017 to 2/8/2018 | |
|---|---|---|---|
| Total Compensable Receipts: | $10,386.50 | Total Compensable Receipts: | $10,386.50 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 | Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
|  |  |  |  |
| Total Compensable Disbursements: | $10,386.50 | Total Compensable Disbursements: | $10,386.50 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,386.50 | Total Comp/Non Comp Disbursements: | $10,386.50 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 3  Exhibit 9

| Case No. | 16-36035 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | ALVARADO, SANDRA L | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***4354 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 11/11/2016 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 2/8/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $10,386.50 | $10,386.50 | $0.00 |

**For the period of 11/11/2016 to 2/8/2018**

| Total Compensable Receipts: | $10,386.50 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,386.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,386.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/11/2016 to 2/8/2018**

| Total Compensable Receipts: | $10,386.50 |
|---|---|
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $10,386.50 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $10,386.50 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $10,386.50 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ